AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT    *E-filing*
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

18 USC Sections 111(a)(1) and 111(b) - Assaulting an Employee of the United States and Inflicting Bodily Injury

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 5 years supervised release and $100 special assessment

### DEFENDANT - U.S.

▶ JOSE ALFREDO GARCIA-SANCHEZ

DISTRICT COURT NUMBER

CR07-00347  CW

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons▶ was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☑ person is awaiting trial in another Federal or State Court, give name of court
   Alameda County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Bryan R. Whittaker, SAUSA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

E-filing



FILED
2007 MAY 31  PM 12:41

UNITED STATES OF AMERICA,

V.

JOSE ALFREDO GARCIA-SANCHEZ,

CR07-00347 CW

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. §§ 111(a)(1) and 111(b) - Assaulting an Employee of the United States and Inflicting Bodily Injury

A true bill.

_____ Foreman

Filed in open court this 31st day of May, 2007.

_____ Clerk

Bail, $ No appearance.

Wayne D. Brazil   5/31/07

E-filing

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 MAY 31 PM 12: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFREDO GARCIA-SANCHEZ,<br><br>Defendant. | Criminal No.: CR07-0347 CW<br><br>VIOLATION: 18 U.S.C. §§ 111(a)(1) and 111(b) – Assaulting an Employee of the United States and Inflicting Bodily Injury.<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

On or about May 11, 2007, in the Northern District of California, the defendant,

JOSE ALFREDO GARCIA-SANCHEZ,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the

United States (as designated in Title 18, United States Code, Section 1114), specifically, a

Special Agent of Immigrations and Customs Enforcement, while that employee was engaged in

and on account of the performance of that employee's official duties and, in committing such

////

GARCIA-SANCHEZ INDICTMENT

acts, did inflict bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

DATED: May 31, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
SAUSA WHITTAKER

GARCIA-SANCHEZ INDICTMENT          2