UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/20/07

**Plaintiff:**  United States

**v.**                                                                 **No.**  CR-07-00347 CW

**Defendant:**  Jose Alfredo Garcia-Sanchez (In Custody - interpreter used)

**Appearances for Plaintiff:**
Steve Corrigan for Bryan Whittaker

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Hiram Torres (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**    This was the defendant's initial appearance before District Judge.  Defense requests continuance; defense is reviewing discovery.  If defense plans to file any motions, they should be noticed for hearing on 7/25/07.  **Case continued to 7/25/07 at 2:00 p.m. for motions hearing or disposition or trial setting.**  Time excluded to 7/25 for defense to review discovery and for effective preparation.

Copies to: Chambers