BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GARCIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00347-CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | |
| JOSE ALFREDO GARCIA SANCHEZ, | Hearing Date: July 25, 2007 |
| Defendant. | Requested Date: August 15, 2007 |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of July 25, 2007 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for August 15, 2007 at 2:00 p.m. for MOTIONS HEARING.

The reason for this request is that additional time is needed, as the defense is investigating the factual allegations in this case and is not prepared to enter a change of plea or set motions. The parties are also exchanging information to further the end of possible settlement.

The parties agree and stipulate that the time until August 15 should be excluded, under 18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

1

1  justice served by the granting of the continuance outweigh the bests interests of the public and
2  the defendant in a speedy and public trial. The continuance is necessary to accommodate
3  counsel's preparation efforts.

4  Date   7/23/07                              /s/
                                               John Paul Reichmuth
5                                              Assistant Federal Public Defender
                                               Counsel for defendant GARCIA SANCHEZ

8                                              /s/
   Date   7/23/07                              Bryan Whittaker
9                                              Assistant United States Attorney

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.       /S/ John Paul Reichmuth
    Counsel for Defendant Garcia Sanchez

14  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
15  is continued to August 15, 2007 at 2:00 p.m., and that time is excluded from July 25, 2007 until
16  August 15, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
17  IT IS SO ORDERED.

20  Date                                       Hon. Claudia Wilken
21                                             United States District Judge

2