1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant GARCIA SANCHEZ
6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-07-00347-CW
                                    )
12           Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING STATUS**
13 vs.                               )   **HEARING**
                                    )
14 JOSE ALFREDO GARCIA SANCHEZ,     )   Hearing Date: July 25, 2007
                                    )   Requested Date: August 15, 2007
15           Defendant.              )
                                    )
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 MOTIONS HEARING date of July 25, 2007 presently scheduled at 2:00 p.m., before the

19 Honorable Claudia Wilken, be vacated and re-set for August 15, 2007 at 2:00 p.m. for

20 MOTIONS HEARING.

21       The reason for this request is that additional time is needed, as the defense is

22 investigating the factual allegations in this case and is not prepared to enter a change of plea or

23 set motions. The parties are also exchanging information to further the end of possible

24 settlement.

25       The parties agree and stipulate that the time until August 15 should be excluded,

26 under 18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

                                        1

1  justice served by the granting of the continuance outweigh the bests interests of the public and
2  the defendant in a speedy and public trial. The continuance is necessary to accommodate
3  counsel's preparation efforts.

4  Date  7/23/07  
   /s/  
   John Paul Reichmuth  
5  Assistant Federal Public Defender  
   Counsel for defendant GARCIA SANCHEZ

8  Date  7/23/07  
   /s/  
   Bryan Whittaker  
9  Assistant United States Attorney

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth  
    Counsel for Defendant Garcia Sanchez

14  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
15  is continued to August 15, 2007 at 2:00 p.m., and that time is excluded from July 25, 2007 until
16  August 15, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
17  IT IS SO ORDERED.

19  7/24/07  
20  Date  
   Hon. Claudia Wilken  
21  United States District Judge

2