1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant GARCIA SANCHEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-07-00347-CW
                                     )
12         Plaintiff,                )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER CONTINUING STATUS**
13 vs.                               )   **HEARING**
                                     )
14 JOSE ALFREDO GARCIA SANCHEZ,      )   Hearing Date: August 15, 2007
                                     )   Requested Date: September 12, 2007
15         Defendant.                )
   _____ )
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 MOTIONS HEARING date of August 15, 2007 presently scheduled at 2:00 p.m., before the

19 Honorable Claudia Wilken, be vacated and re-set for September 12, 2007 at 2:00 p.m. for

20 MOTIONS HEARING.

21     The reason for this request is that additional time is needed, as the defense is

22 investigating the factual allegations in this case and is not prepared to enter a change of plea or

23 set motions. The parties are also exchanging information to further the end of possible

24 settlement. Defense counsel also has a pre-planned absence on August 15, 2007, which he

25 neglected to consider when this date was requested. Defense counsel will be out of the office

26 for the last two weeks of August, which justifies the request to go over until September 12.

1

1     The parties agree and stipulate that the time until September 12 should be excluded,

2 under 18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

3 justice served by the granting of the continuance outweigh the bests interests of the public and

4 the defendant in a speedy and public trial. The continuance is necessary to accommodate

5 counsel's preparation efforts.

6                                                         /s/

7 Date   8/10/07                              John Paul Reichmuth
                                                    Assistant Federal Public Defender
                                                    Counsel for defendant GARCIA SANCHEZ

10                                                  /s/

11 Date   8/10/07                              Bryan Whittaker
                                                   Assistant United States Attorney

13     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
                                                                                 Counsel for Defendant Garcia Sanchez

16     Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

17 is continued to September 12, 2007 at 2:00 p.m., and that time is excluded from August 15 until

18 September 12, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

19     IT IS SO ORDERED.

22 Date                                                              Hon. Claudia Wilken
                                                             United States District Judge