1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant GARCIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00347-CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS HEARING** |
| vs. | ) | Hearing Date: August 15, 2007 |
| JOSE ALFREDO GARCIA SANCHEZ, | ) | Requested Date: September 12, 2007 |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of August 15, 2007 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for September 12, 2007 at 2:00 p.m. for MOTIONS HEARING.

The reason for this request is that additional time is needed, as the defense is investigating the factual allegations in this case and is not prepared to enter a change of plea or set motions. The parties are also exchanging information to further the end of possible settlement. Defense counsel also has a pre-planned absence on August 15, 2007, which he neglected to consider when this date was requested. Defense counsel will be out of the office for the last two weeks of August, which justifies the request to go over until September 12.

1

1   The parties agree and stipulate that the time until September 12 should be excluded,

2 under18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of justice

3 served by the granting of the continuance outweigh the bests interests of the public and the

4 defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

5 preparation efforts.

6   Date   8/10/07                                     /s/
                                                John Paul Reichmuth
7                                               Assistant Federal Public Defender
                                                Counsel for defendant GARCIA SANCHEZ
8

9

10  Date   8/10/07                                     /s/
                                                Bryan Whittaker
11                                              Assistant United States Attorney

12

13   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.        /S/ John Paul Reichmuth
                                                Counsel for Defendant Garcia Sanchez

14

15

16   Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

17 is continued to September 12, 2007 at 2:00 p.m., and that time is excluded from August 15 until

18 September 12, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

19   IT IS SO ORDERED.

20

21   8/13/07

22
  Date                                          Hon. Claudia Wilken
23                                              United States District Judge

24

25

26

2